IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Granted.
2:22 PM, Dec 13, 2024

Karen L. Litkovitz
United States Magistrate Judge

| | |
|---|---|
| Sandra J. Snyder, | ) |
|  Plaintiff, | ) |
| | ) Case No.: 2:24-cv-03673 |
| v. | ) |
| | ) Judge Sargus |
| Carolyn Colvin[1], | ) Magistrate Judge Litkovitz |
| Acting Commissioner of Social Security, | ) |
|  Defendant. | ) |
| | ) |

### DEFENDANT'S MOTION TO STRIKE

Defendant moves for this Court to strike Document Number 11 from the record. Defendant accidentally filed a draft version of his Memorandum in Opposition (Doc. 11). Defendant apologizes to the Court for his error, and now asks that Document 11 be struck from the record, so that he may re-file a final copy of his Memorandum in Opposition.

Accordingly, Defendant moves for this Court to strike Document Number 11 from the record, and grant Defendant permission to re-file a final version of this document.

Respectfully submitted,

KENNETH PARKER
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF OHIO

/s/ Adam R. Sorkin
Adam R. Sorkin (999999)
Special Assistant United States Attorney

---

[1] Carolyn Colvin became the Acting Commissioner of Social Security on November 30, 2024. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn Colvin should be substituted for Martin O'Malley as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Office of Program Litigation, Office 4
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Adam.Sorkin@ssa.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on **December 12, 2024** I electronically filed the foregoing Motion to Strike with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

 **/s/ Adam R. Sorkin**
Adam R. Sorkin (999999)
Special Assistant United States Attorney
Social Security Administration